# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 389 EAL 2021

      Respondent

                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court

      v.

CHARLES RICE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 390 EAL 2021

      Respondent

                                   : Petition for Allowance of Appeal
                                   : from the Order of the Superior Court

      v.

CHARLES RICE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 391 EAL 2021

      Respondent

                                   : Petition for Allowance of Appeal
                                   : from the Order of the Superior Court

      v.

CHARLES RICE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 392 EAL 2021

      Respondent

                                   : Petition for Allowance of Appeal
                                   : from the Order of the Superior Court

      v.

CHARLES RICE,

                Petitioner

: 
: 
: 
: 
: 
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.